# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| MONIQUE SPENCER, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION H-17-3845 |
| | § | |
| ALCO COLLECTIONS, INC. AND | § | |
| JOHN DOE 1-25, | § | |
| | § | |
| *Defendants*. | § | |

## Order

This case was filed on December 21, 2017. On June 20, 2018 the attorney for plaintiff filed an affidavit stating that the defendant was served on May 25, 2018, the answer was due June 15, 2018 and because no answer had been filed, plaintiff would be filing a request for default judgment. On June 28, 2018 plaintiff filed a request for clerk's entry of default, which was stricken by the court on July 5, 2018 for failure to comply with this court's procedures. To date, a motion for default judgment has not been filed, therefore this case is DISMISSED for want of prosecution.

Signed at Houston, Texas on April 5, 2019.

_____
Gray H. Miller
Senior United States District Judge